# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynch, Sandra L. | U.S. Court of Appeals, 1st Cir | 06/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (active) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
1 Courthouse Way, Suite 8710
Boston, MA 02210

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L.. | 06/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 06/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Fidelity Mass Muni MM | A | Dividend | L | T | | | | | |
| 2.   Bank of America | A | Interest | K | T | | | | | |
| 3.   ROLLOVER IRA (H) | | | | | | | | | |
| 4.   - Fidelity Disciplined Equity | E | Dividend | N | T | | | | | |
| 5.   - Fidelity Government Cash Reserves Fund | A | Interest | J | T | | | | | |
| 6.   Fidelity Investments Core Cash | A | Interest | K | T | | | | | |
| 7.   TRADITIONAL IRA (H) | | | | | | | | | |
| 8.   - Fidelity Low Priced Stock | | None | | | Sold (part) | 03/08/18 | J | B | |
| 9. | | | | | Sold | 04/12/18 | L | E | |
| 10.   - Fidelity Capital and Income | B | Dividend | J | T | Sold (part) | 11/21/18 | J | A | |
| 11. | | | | | Sold (part) | 12/18/18 | J | B | |
| 12.   - Fidelity Invest Grade | D | Dividend | | | Buy (add'l) | 01/18/18 | K | | |
| 13. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 14. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 15. | | | | | Sold (part) | 10/17/18 | J | A | |
| 16. | | | | | Sold | 10/29/18 | N | E | |
| 17.   - Fidelity Advisor Strategic Inc CL I | A | Dividend | J | T | Sold (part) | 11/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Fidelity Total Bond | D | Dividend | | | Buy (add'l) | 01/18/18 | J | | |
| 19. | | | | | Sold (part) | 04/12/18 | J | A | |
| 20. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 21. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 22. | | | | | Sold | 10/29/18 | M | E | |
| 23.  - Fidelity Growth Company | | None | | | Sold (part) | 01/18/18 | J | C | |
| 24. | | | | | Sold (part) | 03/08/18 | J | C | |
| 25. | | | | | Sold | 04/12/18 | L | E | |
| 26.  - Fidelity Advisor High Income CL I | A | Dividend | | | Sold (part) | 11/21/18 | J | A | |
| 27. | | | | | Merged (with line 96) | 12/07/18 | J | | |
| 28.  - Fidelity Short Term Bond | A | Dividend | K | T | Sold (part) | 10/17/18 | J | A | |
| 29. | | | | | Sold (part) | 11/21/18 | J | A | |
| 30.  - Strategic ADV Int'l II FD (formerly Strategic ADV US Oppty II) | D | Dividend | M | T | Sold (part) | 01/18/18 | J | B | |
| 31. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 32. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 33. | | | | | Sold (part) | 11/21/18 | J | C | |
| 34.  -Fideliy Emerging Markets | | None | | | Sold (part) | 03/08/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 06/28/18 | J | B | |
| 36. | | | | | Sold (part) | 11/21/18 | J | A | |
| 37. | | | | | Sold | 11/30/18 | K | D | |
| 38. -Fidelity Stock Selector All Cap Fd | | None | | | Sold (part) | 03/08/18 | J | B | |
| 39. | | | | | Sold | 04/12/18 | M | F | |
| 40. -Fidelity Stock Selector Small Cap | | None | | | Sold | 04/12/18 | K | D | |
| 41. -Fidelity Real Estate Income | B | Dividend | K | T | Buy (add'l) | 01/18/18 | J | | |
| 42. | | | | | Sold (part) | 11/21/18 | J | A | |
| 43. | | | | | Sold (part) | 12/18/18 | J | A | |
| 44. -Fidelity Floating Rate High Income | A | Dividend | K | T | Sold (part) | 11/21/18 | J | A | |
| 45. -Fid Advisor Stock Selectr Mid Cap CL 1 | | None | | | Sold | 04/12/18 | K | D | |
| 46. -Fidelity Conservativ Income Bond FD CL I | A | Dividend | K | T | Sold (part) | 11/21/18 | J | A | |
| 47. -Fid Large Cap Value Enhanced Index | | None | | | Sold | 04/12/18 | L | E | |
| 48. -Fidelity Contrafund | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 49. | | | | | Sold | 04/12/18 | K | D | |
| 50. -Fidelity Value Discovery | | None | | | Sold | 04/12/18 | L | D | |
| 51. -Fidelity SAI U.S. Large CAP Index | | None | | | Buy (add'l) | 03/08/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 04/12/18 | L | F | |
| 53. -Fidelity SAI International Index | A | Dividend | K | T | Sold (part) | 11/21/18 | J | A | |
| 54. -Fidelity SAI Emerg Markets Index | B | Dividend | K | T | Sold (part) | 01/18/18 | J | B | |
| 55. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 56. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 57. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 58. | | | | | Sold (part) | 11/21/18 | J | A | |
| 59. | | | | | Sold (part) | 11/30/18 | K | D | |
| 60. | | | | | Sold (part) | 12/18/18 | J | B | |
| 61. -Fidelity SAI U.S. Quality Index Fund | | None | | | Sold | 04/12/18 | L | E | |
| 62. -Fidelity Small Cap Value | | None | | | Sold | 04/12/18 | K | B | |
| 63. -Fidelity Select Natural Resources | A | Dividend | K | T | Sold (part) | 11/21/18 | J | A | |
| 64. -Fidelity Inflat-port BD Index Instl Perm | A | Dividend | | | Sold | 10/29/18 | K | A | |
| 65. -FIMM Government Portfolio: Instl CL | A | Dividend | J | T | Sold (part) | 02/12/18 | J | B | |
| 66. | | | | | Sold (part) | 05/12/18 | J | B | |
| 67. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 68. | | | | | Sold (part) | 09/12/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L.. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/24/18 | J | C | |
| 70. | | | | | Sold (part) | 11/13/18 | J | C | |
| 71. | | | | | Sold (part) | 11/21/18 | J | A | |
| 72. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 73. -Fidelity Large Cap Stock | | None | | | Sold (part) | 01/18/18 | J | A | |
| 74. | | | | | Sold (part) | 03/18/18 | J | A | |
| 75. | | | | | Sold | 04/12/18 | M | D | |
| 76. - Fidelity Government Cash Reserves Fund | A | Interest | J | T | | | | | |
| 77. - Fidelity Total Market Index Fund Instl Premium Class | A | Dividend | K | T | Buy | 04/12/18 | K | | |
| 78. | | | | | Sold (part) | 11/21/18 | J | A | |
| 79. - Strategic Advisers Fid Emerging Markets | A | Dividend | L | T | Buy | 11/30/18 | K | | |
| 80. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 81. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 82. - Strategic Advisers Fid US Total Stock | E | Dividend | O | T | Buy | 04/12/18 | O | | |
| 83. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 84. | | | | | Sold (part) | 06/28/18 | K | A | |
| 85. | | | | | Sold (part) | 09/12/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 87. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 88. | | | | | Sold (part) | 11/21/18 | K | A | |
| 89. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 90. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 91. - Strategic Adviser Fidelity Core Income | C | Dividend | N | T | Buy | 10/29/18 | N | | |
| 92. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 93. | | | | | Sold (part) | 11/21/18 | K | A | |
| 94. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 95. | | | | | Sold (part) | 12/28/18 | J | A | |
| 96. - Fidelity Advisor High Income Fd Cl | A | Dividend | J | T | | | | | |
| 97. Esplanade Capital Ptnrs I LLC (See note section VIII) | D | Int./Div. | N | U | | | | | |
| 98. PAS BROKERAGE ACCOUNT(H) | | | | | | | | | |
| 99. - Fidelity Municipal Income | B | Dividend | K | T | Buy (add'l) | 03/07/18 | J | | |
| 100. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 101. | | | | | Sold (part) | 12/26/18 | J | A | |
| 102. - Fidelity Limited Term Muni Income | A | Dividend | | | Sold | 01/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Fidelity Government Cash Reserves Fund(X) | | None | | | Merged (with line 192) | 01/01/18 | J | | |
| 104. -DWS Strategic High Yld Tax (Formerly Deutsch Strategic High Yld Tax) | A | Dividend | K | T | Buy (add'l) | 01/09/18 | J | | |
| 105. | | | | | Sold (part) | 03/07/18 | J | A | |
| 106. | | | | | Sold (part) | 05/02/18 | J | A | |
| 107. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 108. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 109. | | | | | Sold (part) | 10/23/18 | J | A | |
| 110. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 111. -DWS Managed Muni Bond FD S (Formerly Deutsche Managed Muni Bond FD S) | A | Dividend | J | T | | | | | |
| 112. -Fidelity Advisor Int'l Discovery CL I | A | Dividend | J | T | | | | | |
| 113. -Fidelity Capital & Income | A | Dividend | J | T | Sold (part) | 12/26/18 | J | A | |
| 114. -Champlain Small Co. Fund Adv CL Conf | A | Dividend | J | T | | | | | |
| 115. -Allianz NFJ Small Cap Val Admin Class | | None | | | Sold | 12/18/18 | J | A | |
| 116. -Artisan Intl Value Fund Inv CL | A | Dividend | J | T | Buy (add'l) | 12/18/18 | J | | |
| 117. -Baron Growth | A | Dividend | J | T | | | | | |
| 118. -William Blair Int'l Growth Class N | A | Dividend | J | T | Sold (part) | 12/12/18 | J | A | |
| 119. | | | | | Sold (part) | 12/26/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -JPMorgan Mid-Cap Value Fn Select CL | A | Dividend | J | T | Buy (add'l) | 01/09/18 | J | | |
| 121. | | | | | Sold (part) | 06/08/18 | J | A | |
| 122.  -Hartford Growth Opportunity Class A | B | Dividend | J | T | | | | | |
| 123.  -Hotchkins & Wiley Mid Cap Value CL A | A | Dividend | J | T | | | | | |
| 124.  -Mainstay Lg Cap Grwth Fund Class A | B | Dividend | J | T | | | | | |
| 125.  -T Rowe Price Equity Income Advisor CL | B | Dividend | J | T | | | | | |
| 126.  -Templeton Global Bond Class A | A | Dividend | J | T | Buy (add'l) | 01/09/18 | J | | |
| 127. | | | | | Buy (add'l) | 03/07/18 | J | | |
| 128. | | | | | Sold (part) | 06/08/18 | J | A | |
| 129. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 130. | | | | | Sold (part) | 09/24/18 | J | A | |
| 131. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 132. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 133.  -Fidelity Mass Muni Income | A | Dividend | K | T | Buy (add'l) | 01/09/18 | J | | |
| 134. | | | | | Sold (part) | 03/07/18 | J | A | |
| 135. | | | | | Sold (part) | 05/02/18 | J | A | |
| 136. | | | | | Buy (add'l) | 06/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 138. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 139. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 140. -Allianceber Muni Inc II Mass Cl A (Also called AB Muni Income) | A | Dividend | J | T | | | | | |
| 141. -JPMorgan US Equity FD Sel Cl | A | Dividend | J | T | | | | | |
| 142. -MFS Int'l Diversification Fd A | | None | | | Sold | 12/18/18 | J | A | |
| 143. -Causeway Int'l Value Investor | A | Dividend | J | T | Buy (add'l) | 10/23/18 | J | | |
| 144. | | | | | Sold (part) | 12/12/18 | J | A | |
| 145. -MFS Int'l Val Fd Cl A | A | Dividend | J | T | | | | | |
| 146. -MFS Muni Mass Cl A | A | Dividend | J | T | Buy (add'l) | 03/07/18 | J | | |
| 147. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 148. | | | | | Sold (part) | 10/23/18 | J | A | |
| 149. | | | | | Sold (part) | 12/26/18 | J | A | |
| 150. -MFS Research Int'l Cl A | A | Dividend | J | T | | | | | |
| 151. -Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 152. -T. Rowe Price Tax Free Inc Adv | A | Dividend | | | Merged (with line 211) | 07/09/18 | J | | |
| 153. -T. Rowe Price Tax Free Short Inter | A | Dividend | | | Sold | 05/02/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 155.  -IShares Russell 1000 Value ETF (name change) | A | Dividend | K | T | Sold (part) | 03/08/18 | J | A | |
| 156. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 157. | | | | | Sold (part) | 09/25/18 | J | A | |
| 158. | | | | | Sold (part) | 10/24/18 | J | A | |
| 159. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 160. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 161.  -IShares Russell 1000 Growth ETF (name change) | A | Dividend | K | T | Buy (add'l) | 12/19/18 | J | | |
| 162. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 163.  -Sector Spdr Tr Shs Ben Int Financial | A | Dividend | J | T | | | | | |
| 164.  -Transamerica Intl Equity CL I | A | Dividend | J | T | Buy (add'l) | 09/24/18 | J | | |
| 165. | | | | | Sold (part) | 10/23/18 | J | A | |
| 166. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 167. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 168.  -Ishares Core S&P Small-cap ETF | A | Dividend | J | T | | | | | |
| 169.  -Fidelity Emerging Markets | A | Dividend | J | T | | | | | |
| 170.  -Acadian emerging Markets Port Instl | A | Dividend | J | T | Buy (add'l) | 10/23/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 12/26/18 | J | A | |
| 172. -Janus Henderson Enterprise Fund Class | A | Dividend | J | T | Sold (part) | 06/08/18 | J | A | |
| 173. -Ishares Russell 1000 ETF | A | Dividend | K | T | Buy (add'l) | 12/19/18 | J | | |
| 174. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 175. -ISHARES TR S&P Small Cap 600 Growth ETF (name correction) | A | Dividend | J | T | Buy (add'l) | 12/27/18 | J | | |
| 176. -Vanguard Index Fds Vanguard Value | A | Dividend | J | T | | | | | |
| 177. -Causeway Emerging MRKTS FD Inv CL | A | Dividend | J | T | Buy (add'l) | 08/16/18 | J | | |
| 178. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 179. | | | | | Sold (part) | 10/23/18 | J | A | |
| 180. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 181. -Franklin Convertible Securities Advisor | | None | | | Sold (part) | 01/09/18 | J | B | |
| 182. | | | | | Sold | 03/07/18 | J | A | |
| 183. -T Rowe Price Overseas Stock I CL | A | Dividend | J | T | | | | | |
| 184. -T Rowe Price Emerg Markets Stock Fund I | A | Dividend | J | T | | | | | |
| 185. -T Rowe Price International STK I | A | Dividend | J | T | Sold (part) | 01/09/18 | J | A | |
| 186. | | | | | Sold (part) | 12/12/18 | J | A | |
| 187. -Ishares S&P Small CAP 600 Value | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 189. -Mainstay Mackay Tax Free Bond Class A | A | Dividend | J | T | Sold (part) | 03/07/18 | J | A | |
| 190. | | | | | Sold (part) | 10/23/18 | J | A | |
| 191. -Wells Fargo Ultra SHT Muni Inc ADM | A | Dividend | | | Sold | 01/09/18 | K | A | |
| 192. -Fidelity Government Cash Reserves Fund | A | Interest | L | T | | | | | |
| 193. -Flexshares Trust Morningstar Global Upstream Nat Res IDX | A | Dividend | J | T | Buy (add'l) | 12/13/18 | J | | |
| 194. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 195. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 196. -Ishares TR EAFE Smal CP ETF | A | Dividend | J | T | Sold (part) | 12/27/18 | J | A | |
| 197. -Ishares Inc Core MSCI Emerging Mkts | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |
| 198. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 199. -Fidelity Large Cap Stock | A | Dividend | | | Buy (add'l) | 05/02/18 | J | | |
| 200. | | | | | Sold (part) | 08/16/18 | J | A | |
| 201. | | | | | Sold | 09/24/18 | J | A | |
| 202. -MS Frontier Emerging Markets Fund CL I | A | Dividend | | | Sold | 08/30/18 | J | A | |
| 203. -Ishares Russell Midcap Value ETF | A | Dividend | | | Sold | 05/03/18 | J | A | |
| 204. -SPDR Index SHS FDs S&P Global Nat Res ETF | A | Dividend | | | Sold | 12/27/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Strategic Adv Tax Sensitive Short Dura | A | Dividend | J | T | Buy | 01/09/18 | J | | |
| 206. | | | | | Buy (add'l) | 03/07/18 | J | | |
| 207. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 208. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 209. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 210. | | | | | Sold (part) | 12/12/18 | J | A | |
| 211. -T Rowe Price Tax Free Income | A | Dividend | J | T | | | | | |
| 212. -Ishares Edge Msci Usa Value Factor ETF | | None | J | T | Buy | 12/19/18 | J | | |
| 213. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 214. -Ishares Trust Core Msci Eafe ETF | A | Dividend | J | T | Buy | 12/13/18 | J | | |
| 215. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 216. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 217. -Fidelity Advisor Intl Growth Cl Z | | None | J | T | Buy | 12/26/18 | J | | |
| 218. -Fidelity Value Discovery | | None | J | T | Buy | 12/18/18 | J | | |
| 219. -Oppenheimer Interntl Bond Fund | A | Dividend | | | Buy | 09/24/18 | J | | |
| 220. | | | | | Sold | 10/23/18 | J | A | |
| 221. -Ishares Msci Eafe ETF | | None | | | Buy | 10/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 12/23/18 | J | A | |
| 223. IRA ROLLOVER ACCT NO 2(H) | | | | | | | | | |
| 224. -Fidelity Government Cash Reserves Fund | A | Interest | J | T | | | | | |
| 225. SI INVEST ACCOUNT (IRA) (H) | | | | | | | | | |
| 226. -Schwab US Treas Money Fund | C | Interest | M | T | | | | | |
| 227. -American Express | B | Dividend | L | T | | | | | |
| 228. -Apple Inc Com | C | Dividend | M | T | | | | | |
| 229. -Capital One Finl Corp Com | B | Dividend | L | T | | | | | |
| 230. -Caterpillar Inc Del | C | Dividend | M | T | | | | | |
| 231. -Emerson Electric | B | Dividend | K | T | | | | | |
| 232. -Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 233. -Goldman Sachs Group Com | B | Dividend | L | T | | | | | |
| 234. -Iberiabank Corp Com | | None | | | Sold | 05/07/18 | K | D | |
| 235. -Invesco Ltd Shs | B | Dividend | K | T | | | | | |
| 236. -J P Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 237. -Mondelez Intl Inc Cl A | B | Dividend | L | T | | | | | |
| 238. -Oracle Corp | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -Roche Hldg Ltd Sponsored Adr | B | Dividend | L | T | | | | | |
| 240. -Salesforce Com Inc Com | | None | M | T | | | | | |
| 241. -Schlumberger | B | Dividend | K | T | | | | | |
| 242. -Siemens A G Sponsored Adr | B | Dividend | L | T | | | | | |
| 243. -Thermo Fisher Scientific Inc | A | Dividend | M | T | | | | | |
| 244. -Verizon Communications Com | D | Dividend | M | T | | | | | |
| 245. -Alphabet Inc. CL A | | None | L | T | | | | | |
| 246. -Alphabet Inc. CL C | | None | M | T | | | | | |
| 247. -Coca-Cola Company | B | Dividend | L | T | | | | | |
| 248. -Diageo PL C Spon ADR new | B | Dividend | L | T | | | | | |
| 249. -Gilead Sciences Inc Com | B | Dividend | K | T | | | | | |
| 250. -Johnson & Johnson Com | B | Dividend | L | T | | | | | |
| 251. -Pfizer Inc | B | Dividend | L | T | | | | | |
| 252. -Broadcom Ltd Shs | C | Dividend | M | T | | | | | |
| 253. -Wal Mart Stores | B | Dividend | L | T | | | | | |
| 254. First Republic Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 06/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investment Limited partnership income whether passive or nonpassive is disclosed as "dividend" income.

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII - Esplanade Capital ptnrs I LLC is a non-publically trade LLC. The net income from the investment is reported as dividend.

Part VII - Line 103 is a cash reserve account. It has been combined with Line 192. Line 192 is a cash reserve account

Part VII - Line 172 formerly Janus Enterprise Fund name has been corrected to Janus Henderson Enterprise Fund

Part VII - Line 189 Mainstay Tax Free bond Class A name has been corrected to Mainstay Mackay Tax Free Bond Class A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Sandra L. Lynch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544